IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CRETE CARRIER CORP.**         *

    **Plaintiff**               *

**v.**                          *   Civil Action No.: 1:21−cv−00328−ELH

**SULLIVAN & SONS, INC. d/b/a** *
**SULLIVAN'S GARAGE**
                                *

    **Defendant**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Motion to Modify the Scheduling Order, any response thereto, any hearing arising therefrom, and the record, it is this _____day of _____, 2021 hereby

**ORDERED**, that the Scheduling Order be Amended as follows:

- July 6, 2021: Plaintiff's Rule 26(a)(2) disclosures
- August 6, 2021: Defendant's Rule 26(a)(2) disclosures
- August 20, 2021: Plaintiff's rebuttal Rule 26(a)(2) disclosures
- August 27, 2021: Rule 26(e)(2) supplementation of disclosures and responses
- October 19, 2021: Discovery deadline; submission of status report
- October 26, 2021: Requests for admission
- November 19, 2021: Dispositive pretrial motions deadline

 

_____
The Honorable Ellen L. Hollander
United States District Judge