IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CRETE CARRIER CORP.** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 1:21−cv−00328−ELH |
| **SULLIVAN & SONS, INC. d/b/a SULLIVAN'S GARAGE** | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S *EX PARTE* MOTION TO SHORTEN TIME FOR DEFENDANT'S RESPONSE TO MOTION TO MODIFY THE SCHEDULING ORDER

Plaintiff, Crete Carrier Corp. (hereinafter "Crete"), by and through its undersigned attorneys, Tamara B. Goorevitz, Renee L. Bowen, James K. Hetzel, and FRANKLIN & PROKOPIK, P.C., and pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Local Rule 105.2(a), and the Court's inherent authority to manage its affairs, submits this *Ex Parte* Motion to Shorten Time for Defendant's Response to Motion to Modify the Scheduling Order, stating as follows:

1. Crete hereby incorporates by reference Plaintiff's Motion to Modify the Scheduling Order ("Motion to Modify") filed simultaneously with the instant Motion as if fully stated herein.

2. A shortened time for Defendant's response to Plaintiff's Motion to Modify is necessary and in the interest of justice. As outlined in Plaintiff's Motion to Modify, the Scheduling Order sets Crete's expert designation deadline as May 7, 2021. For reasons outside of Crete's control, i.e., a newly identified conflict with Crete's originally retained expert witness, Crete will be unable to comply with the expert designation deadline currently set forth in the Scheduling Order.

3. The issues raised in the Motion to Modify are neither novel nor complex. If response time to the Motion to Modify is not shortened, a response is not due until *after* Crete's deadline for expert designations set forth in the Scheduling Order.

4. Accordingly, Crete respectfully requests that the deadline for Defendant to respond to the Motion to Modify be shortened to Thursday, May 6, 2021 by 12:00 p.m.

5. The shortened response time will not prejudice the Defendant or Defendant's counsel, but rather will ensure a prompt determination of the Motion to Modify before it is potentially mooted by the passage of time.

Wherefore, for the foregoing reasons, Crete respectfully requests this Court grant Plaintiff Crete Carrier Corp.'s *Ex Parte* Motion to Shorten Time for Defendant's Response to Motion to Modify the Scheduling Order, issue an Order requiring Defendant to file any response to Plaintiff's Motion to Modify the Scheduling Order no later than 12:00 p.m. on May 6, 2021, and grant Crete Carrier Corp. any such other relief and further relief as this Honorable Court deems just and proper under the circumstances.

Respectfully submitted,

*/s/ Tamara B. Goorevitz*
Tamara B. Goorevitz (#25700)
Renee L. Bowen (#19623)
James K. Hetzel (#20158)
FRANKLIN & PROKOPIK, P.C.
Two North Charles Street, Suite 600
Baltimore, MD  21201
(410) 752-8700
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
rbowen@fandpnet.com
jhetzel@fandpnet.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of May, 2021, a copy of the foregoing Motion was served via the Court's ECF system upon:

Donald E. Pallett, Esq.
Kevin A. Clasing, Esq.
Robert M. Westra, Esq.
Parker, Pallett, Slezak & Russell, LLC
11450 Pulaski Highway
White Marsh Maryland 21162
*Attorneys for Defendant / Counter-Plaintiff*

                                            */s/ Tamara B. Goorevitz*
                                            Tamara B. Goorevitz (#25700)