IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CRETE CARRIER CORP.** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No.: 1:21-cv-00328-ELH |
| **SULLIVAN & SONS, INC. d/b/a SULLIVAN'S GARAGE** | * | |
| | * | |
| **Defendant** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Motion to Modify the Scheduling Order, any response thereto, any hearing arising therefrom, and the record, it is this 5th day of May, 2021 hereby

**ORDERED**, that the Scheduling Order be Amended as follows:

- July 6, 2021: Plaintiff's Rule 26(a)(2) disclosures
- August 6, 2021: Defendant's Rule 26(a)(2) disclosures
- August 20, 2021: Plaintiff's rebuttal Rule 26(a)(2) disclosures
- August 27, 2021: Rule 26(e)(2) supplementation of disclosures and responses
- October 19, 2021: Discovery deadline; submission of status report
- October 26, 2021: Requests for admission
- November 19, 2021: Dispositive pretrial motions deadline

*Provided, however, [th]at by 5/17/21, defendant may move to rescind this order as improvidently granted.* ELH

_____
The Honorable Ellen L. Hollander
United States District Judge